# Exhibit A

July 1, 2017

The Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Shamaya Green

NY

Dear Honorable Richard J. Sullivan,

My name is Shamaya Green, and I am writing to you regarding the sentencing of my husband Garfield Green. I am asking that all aspects of Garfield's life be considered during sentencing. Although not perfect, he has served as a great family man to our family and we would like to have him home with us as soon as possible.

Garfield met me at a time when I was contemplating what I was going to do with the rest of my life. I was 17, and I was working as a cashier at my local supermarket and about to graduate high school. I lived in Edenwald projects all my life and always felt I wanted more but had no idea how to get it. I had done what was required of me by my mom, which was to finish high school. I met Garfield one day when he came in to do food shopping, and we started dating shortly after. The one thing that attracted me to him was his ambition. I learned that Garfield had a prosthetic leg, but surprisingly did some of the most labor-intensive jobs around- construction, welding, boiler repair and carpentry. Garfield was shot as a teenager in Jamaica and ended up losing one of his legs. It was sad because Garfield had been a rising star on his local rugby team and had played in several major games in the United States and Canada. After being shot he realized that those possibilities had been taken from him, but he pushed on and after his recovery decided to come to the United States to live and have a better life away from the crime and chaos in Jamaica. He worked several trades such as welding, construction and carpentry. He created beautiful fences for several homeowners in the Bronx, often times for little or no pay. Even thought he was struggling to make it I knew that he would be successful. We both had similar goals and dreams and decided to get married in March 2001. I remember so many times when were were first married I used to get so upset with him because we were struggling to pay rent and he was doing "free

work". He used to tell me don't worry about it I am just trying to show them my skills, and it will pay off one day. And he turned out to be right, one of the gentlemen that he used to do work for ended up getting him into the carpenters union Local 1556. Early on in his career he had the opportunity to work on some of the major construction projects in New York such as the World Trade Center, Yankee Stadium, and the Major Deagan Expressway. Even thought in his line of work it is no surprise to be out of work for several months of the year, Garfield has always had contractors calling him to see if he was on a job site because his determination and get it done attitude was admired in the workplace. Everyone always has been amazed to see him do more work that someone without a disability- I think Garfield pushes himself even harder to prove that he is a great worker because of that same disability. I have always admired that he never complained and considered it his responsibility to take care of his family. I believe because he came from poverty and realized where he could have ended up in life he considered it a privilege to do so.

With his determination and great work ethic Garfield has taught me a lot about life and always encouraged me to do more. My mom never traveled on a plane, had a bank account, drove, or attended college and Garfield helped me to accomplish of all of these things. It took me a while to realize that he was pushing me for my benefit. Always one to say "that's great, so what's next?". I strived to make him and my family proud of me. I ended up in the Human Resources field after taking numerous Civil Service tests and have worked in many different areas receiving promotions by having a similar work ethic. For that lesson that I learned from Garfield, that hard work will always pays off, I will always be grateful.

I watch him with my 9-year-old daughter M▮ and he is the kind of father that I wish I had in my life. He is supportive, loving and let her know that she is number one priority. We relocated upstate around two years ago and his main reason was that he wanted M▮ to get a better education and to grow up in a neighborhood where she could feel comfortable in. He wanted to give her the life that he didn't have with his father. Since he has been gone, apart from the financial and emotional stress that his absence has caused, seeing the effect on M▮ has been the hardest to watch. She is very sensitive and therefore we have not told her what has happened as of yet. We have told her that he is out of state at work. He calls her nearly every day once in the morning and once at night to let her know that he is still there for her. He is waiting for his sentencing to tell her so that he can give her an exact date of his return. Garfield is dreading that conversation but he knows its part of what he must do which is to own up to his mistakes and explain that there are consequences for every action. From the anxiety that he is facing from the thought of disappointing his daughter I can tell you that Garfield is very remorseful and will not put himself or his family through anything like this again. I ask you to give Garfield the fairest and most lenient sentence possible. Not just for me but for our children. I recently had a second child and Garfield has not seen his son who is 2

months old. Unfortunately he won't be able to tell his son that he has never been to jail, but hopefully he will be able to be living proof that you can make mistakes and rehabilitate your life and be there for your family.

Garfield has always been the main provider for our family and his family in Jamaica as well. His family has felt his absence from miles away. His mom has been the once most affected as she has seen Garfield go through so much and just wishes that he can get another chance to make this mistake right. Since he has been incarcerated I have been the sole provider and sometimes wonder how we will make it through this hard time alone. Garfield has been as supportive as he can from prison and has been calling on his family to help out as much as possible. It has been hard, because we are always used to people reaching out to us for help and have felt pride in being able to do so. Now that we are in the position to need it is hard being on the receiving end but we know that it is our blessings coming back to us. But the best blessing would be having him home and helping me to provide the life that all of our kids deserve.

    Thank you for taking the time to read this and I hope this gives you an insight to the life that Garfield was leading before he committed this crime. I know that this time although trying has given him the strength to stand up and do right in any future circumstance as he has seen the impact of his mistake has had on his friends and family.

Respectfully submitted,

Shamaya Green

June 30, 2017

The Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Sir,

**Re: Sentencing of Garfield Green**

We the undersigned being family members and friends of Garfield Green who has been incarcerated in the United States of America and is scheduled for sentencing on July 28, 2017 hereby write to you requesting leniency in handing down sentence on the said Garfield Green.

Garfield Green has been known to most of us since birth January 14, 1975. He grew up in the family home with his parents, siblings, cousins and friends until he migrated to the United States of America in 1999. During his years in Jamaica, Garfield enjoyed a good relationship with everyone. He is best described as a family person during his years in Jamaica and up to the time of his incarceration. He is a respectable individual and his attitude towards his elders is commendable. He has good family values, loving, honest kind exhibits good character, industrious, portrays good work ethics and is always encouraging his peers and juniors to make something worthwhile of their lives, to keep inconformity with the law and to exhibit good family values.

Garfield Green was enrolled in the Cadet Group a part of the (Jamaica Defence Force) at the Pembroke Hall High School in Jamaica. He was also a part of the Jamaica Ruby Team where he went to Canada and played for Jamaica.

We all love Garfield and cherish his friendship, joviality and mannerism. Not being able to hear his voice as before has cast a sombre feeling on his family and friends, as no one envisaged him being involve in matters which

goes against the laws of any of any country and one of such a serious nature.

The situation as it is now, everyone knows that Garfield wished that it was just a dream and deeply regrets being a member of the group which committed such act of criminality and wish with all his inner being if he could turn back the hands of time leading to that dreadful moment. This act has created a deep dent in his standing within the United Stated of America.

He has accepted full responsibility for his actions and hopes that much thought will be taken into consideration in giving him a chance to put this criminal act behind him, re-join his family and move on with his life. There is no record of Garfield Green being involved in any act of criminality in Jamaica.

In closing, it is with these positive traits and remorse that we plea for leniency in handing down sentencing on Garfield Green. We humbly ask of you not to impose a lengthy sentence and would be greatly appreciative of a non-custodial sentence, preferably placing him on probation.

If given a lengthy sentence, this will further impair his ability to support and care for his family both financially and emotionally. His absence from home has greatly affected his nine (9) year old daughter who is very close to her father and who she has seen as her protector.

We thank you in advance and pray that you will give thought to our request.

Sincerely,

| **NAME** | **RELATIONSHIP** |
|---|---|
| Rodalin Wilkins | Mother |
| Leslie Wilkins | Stepfather |
| Almarie Taylor | Sister |

| | |
|---|---|
| Sharon Green | Sister |
| Kadion Green | Brother |
| Gavin Green | Brother |
| Sandra Warren-Grant | Cousin |
| Gerold Wells | (Garfield Niece-father) |

July 10, 2017

The Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Janelle Wells



NY

Dear The Honorable Richard J. Sullivan,

My name is Janelle Wells and I am Garfield Greens niece. I would like to tell you a little bit about my uncle. Garfield Green was born on January 14, 1975 in Kingston, Jamaica. He grew up with his mom Rodalyn Wilkins and his 5 siblings; Garfield is the second child after my mother. My uncle has always been the center of our family because he just love making people laugh especially if he's around everyone he knows. Garfield traveled to the United States 1999 where be became the breadwinner working hard and providing for his family, rain or sunshine my uncle would be out to work. Garfield met his wife the year he got to The United States and he fell in love and got married in 2001. Garfield and his wife Shamaya Green have a beautiful girl who is nine years old named M█ G█. Garfield is one of the most family oriented person I have ever met and I admire how he makes it his duty to provide and make sure everyone is good even when he's not.

On January 31, 1993 a Sunday evening my mother gave birth to me and on that same day my uncle had a tragic life changing accident. He was shot in the leg by being in the wrong place at the wrong time, but when he heard I was born he didn't care much about his leg he only wanted to meet his first niece! Growing up and hearing that story drew me closer to him because that is what love and care is all about my son as well. My son is one year old and my uncle helps me in whatever way I ask him to. When I came to the states I was accepted by him and his wife - they gave me a roof over my head and food when no one else was there to help me as both my parents still reside in Jamaica. Garfield is good to others, ambitious, remarkable, funny, incredible, energetic, and most importantly a loving dad. God is with my uncle because everything that have set out to destroy him he have over come it and he's the strongest person I know. I am

just hoping that he can overcome this situation in the same manner as he has everything else.

      I am asking if you could please be lenient with the sentencing of my uncle so he can come home and be with his family. Thank you for your consideration

Respectfully,

*Janelle Wells*
Janelle Wells

David & Jessenia Robinson

NY

07/07/2017

Honorable Richard J. Sullivan Thurgood Marshall
United States Courthouse
40 Foley Square
New York NY 10007

Dear Honorable Richard J. Sullivan Thurgood Marshall:

First and foremost thank you for taking the time to read and consider this letter. We are writing this letter in the hopes that it will help to shine some light on the person that Garfield is; the husband, the father, the son, the uncle, the brother, the friend. The Garfield that might be left in the dark given the circumstances today. The loving man, the courageous man, the truly honest, humble, loving, respectful and greatest friend any one can have in their corner HE is who we want to shine a light on for you today. Through this letter we hope our words can convey to you as truthful and heartfelt as we intend them and honestly feel them.

We have been privileged to know Garfield and his wife Shamaya for 10 years. We first met he Green family when we moved into our first apartment as husband and wife. Garfield and Shamaya were very welcoming and helpful to us as David and I were both new at all of this. Garfield helped us feel welcome and helped us stablish a more solid friendship with our landlords. Shamaya and Garfield soon became close friends, they would often cook in their apartment and bring us dinner (I wasn't a terrible cook but I didn't know how to make certain things) little gestures like that soon became very meaningful to us, specially to me as it was the first time I was away from my family and living with my fairly new husband. David and I moved from this apartment about one year later, however our friendship with Garfield and Shamaya and their daughter M___ remained consistent.

Although we now lived in different boroughs Garfield always made time for family and for our friends. We would always get together for holidays for Christmas, for Thanksgiving, 4th of July, we would plan trips together, vacations. We can say we became family and that's how we see one another. Garfield is a very kind hearted individual, dependable, trustworthy a person who knows the value and meaning of a friendship, a person who knows how to be respectful and who in return gains your respect and your love.

Garfield has some physical challenges, and I have to say that it takes courage, strength plenty of will power and self-respect to be a provider. Having physical challenges and still functioning in society to full capacity and not self-loading in pity says plenty about a person's character traits. In all the years we have known Garfield he has never been one to complaint or ever show any characteristics of anger or discontent, he is always laughing and joking, he always finds the way to make everyone

laugh. Garfield is all for his family, his daughter is his world and now with his new baby I can just imagine him with a smile from ear to ear, that's what happiness is to him his family. Anyone who knows him knows this to be true of him.

There is one specific experience in my life that I will never forget and will forever be grateful to Garfield. As I mentioned earlier my husband and I moved to a different borough for me to be closer to my family. One winter night in November of 2010 on my way home from work my car wouldn't drive in the snow (my husband always knew what to do) the car was sliding and getting stuck in the road. Dreadfully my husband was out of the country this time, and although I now lived closer to family when I reached out to them that night for help to at least help me park the car, get it off the road everyone turned their backs on me. I even reached out to some of our friends that lived in the same borough but no one was willing to come out and help. Garfield was the last person I would have reached out to because he was in a completely different borough from me, for him to reach me in the snow, in the night, pay toll to and from. Long story short word of my situation reached him and he knew David was not in the country he called me and said *"Jess, are you ok? Did you find someone to help? Where are you? Text me an address"* I swear as I am writing this I have tears in my eyes Garfield showed up and what touched me even more is that he had M▅ with him just a baby in her car seat. Shamaya was not home yet from work that night so instead of giving me an excuse just like everyone else did (when he actually had more than enough) he came with no hesitation. He was able to maneuver the car like David was able to and got it off the road and into a spot, he then drove me home in his car and then drove him and his baby back home.

You may say this isn't anything alarming. To me it marked my life, I felt stranded that night I was in tears scared and alone. This man did not think of himself that night or the weather as did everyone I called for help that night. In my eyes he put his life at risk and his daughter for that matter (that's how I see it). This action shows just how unselfish, caring, loving, courageous and family oriented Garfield really is. There are plenty of stories we can share with you about this man and the pages would turn into books.

There is a beautiful soul living in this man, both David and I hope that we help shed some light on that today. We appreciate your time and we do pray that God may enlighten and guide you through your decision making process as his wife and his children really need him to be home with them.

Sincerely,


David & Jessenia Robinson

July 3, 2017

The Honorable Richard J. Sullivan Thurgood Marshall
United States Courthouse
40 Foley Square
New York. New York

RE: Garfield Green

Your Honor,

My name is Adam Harkin. I am a member in good standing of Dock Builders Local Union 1556 for over twenty years. I have known Garfield for over ten years. We have worked side by side many times over the years and he has always been a consummate professional. We were working partners when my daughter was born and my wife was going through a tuff pregnancy. He was always there to listen and to offer advice. He helped me get through a hard time in my life. I have known him to be a dedicated Union man, someone who always looked out for his fellow worker. He was always willing to take the time show people the right way to do something. Through his leadership and his skill in the trade he has impacted many of us for the better.

Garfield works in an extremely physically demanding and dangerous trade. A trade where misstep by you or your partner could cause serious injury or death. I have put my life in his hands on the job site many times and would do so again. As I said earlier I have worked side by side with Garfield many times over the years. When I first met, him I had no idea that he was missing his leg. It was inconceivable to me that someone could do the type of work that we do with that kind of handicap. It wasn't until we were climbing on a boom of a crane that I noticed that metal showing through a hole in his pants. I have since come to know that his injury causes him constant pain but he always worked through it. He was never late and never missed a day.

I have known Garfield to be a dedicated and loyal Union brother who exemplifies what it means to be a tradesman. I'm looking forward to the day when I see him on the job site again. I hope that you take into consideration the things I know to be true about Garfield. That he is a hard-working family man who always took the time to help
people that needed it.

Respectfully yours,

Adam Harkin



